IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–44–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| THOMAS PAUL KIRSCH, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 30.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872.

2. A Preliminary Order of Forfeiture was entered on January 7, 2021. (Doc. 28.)

3. All known interested parties were provided an opportunity to respond and publication has been accomplished as required by 21 U.S.C. § 853(n)(1). (Doc. 29.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 26 U.S.C. § 5872.

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED.

IT IS FURTHER ORDERED that judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872, free from the claims of any other party, the following property:

- Springfield Armory, model Saint Victor, .300 blackout caliber rifle, SN: ST224375.
- HS Produkt, model XD-M, 10mm caliber pistol, SN: AT225580.
- Glock, model 23, .40 caliber pistol, SN: UKL086.
- Glock, model 43, 9mm caliber pistol, SN: BFHS922.
- (1) Black in Color Silencer.
- (310) rounds of assorted ammunition.
- (45) rounds of Winchester-Wester, 10mm caliber ammunition

IT IS FURTHER ORDERED that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 23rd day of February, 2021.

_____
Dana L. Christensen, District Judge
United States District Court